**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6933**

---

STANLEY LORENZO WILLIAMS,

Plaintiff - Appellant,

versus

WILLIAM F. ROGERS, JR.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-03-374)

---

Submitted: July 24, 2003          Decided: July 31, 2003

---

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Stanley Lorenzo Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e). We have reviewed the record and conclude the appeal is frivolous. Accordingly, we dismiss the appeal as frivolous for the reasons stated by the district court. See Williams v. Rogers, No. CA-03-374 (M.D.N.C. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED